UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**,<br><br>  Plaintiff[s],<br><br>  v.<br><br>**[UNDER SEAL]**,<br><br>  Defendant[s]. | Case No. CV 09-8324 MCS (AGRx)<br><br>ORDER RE ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE TO INTERVENE AND UNSEALING OF CASE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE TO INTERVENE AND STIPULATION RE UNSEALING OF CASE] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel.* PAULA TORRES, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC RECOVERY SERVICES, INC., *et al*. <br><br> Defendants. | Case No. CV 09-8324 MCS (AGRx) <br><br> ORDER RE ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE TO INTERVENE AND UNSEALING OF CASE <br><br> **[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** <br><br> [FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE TO INTERVENE AND STIPULATION RE UNSEALING OF CASE] |
|---|---|

The United States of America ("United States") and the State of California ("California") having declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the California False Claims Act, Cal. Gov't Code § 12652(a)(3), and the United States, California, and *qui tam* plaintiff Paula Torres ("Relator") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Relator's Complaint and First Amended Complaint are unsealed, and the Relator shall serve the First Amended Complaint upon the defendants;

2. This Order and the Notice of Election by the United States and California to Decline to Intervene and Stipulation Re Unsealing of Case are both unsealed, and the Relator shall serve both upon the defendants with the First Amended Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order, except as otherwise ordered by the Court;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time; and

/ /
/ /
/ /
/ /
/ /

6. Should the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and California with notice of the same and the Court will provide the United States and California with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: April 16, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE